IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JANICE BOGARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-2705-JTF-tmp |
| | ) |
| HILTON WORLDWIDE, | ) |
| SERVICE MASTER BY STRATOS, | ) |
| SHELIA DUNN, TINA STEEL, and | ) |
| BRUCE SALISBURY, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Before the Court is the Magistrate Judge's Report and Recommendation that was filed on August 21, 2018, which recommends that the Court dismiss Plaintiff Janice Bogard's *pro se* Complaint for failure to prosecute pursuant to Fed. Rule Civ. P. 41(b). (ECF No. 11.) Plaintiff has failed to file an Amended Complaint as directed by the undersigned Court on October 24, 2017 and again ordered by the Magistrate Judge on June 1, 2018. (ECF Nos. 8 & 9.) The last order advised that a failure to file an Amended Complaint by July 15, 2018 could result in the dismissal of Plaintiff's case. (ECF No. 10, 2.) Accordingly, after a *de novo* review of the Magistrate Judge's Report and Recommendation and the record in this case, the Court finds that the Report and Recommendation should be adopted and the case **DISMISSED** without prejudice pursuant to Fed. Rule Civ. P. 41(b).

**IT IS SO ORDERED** this 19th day of September, 2018.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

1